IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : Civil No. 1:25MC 3 |
| v. | : |
| $30,000.00 in U.S. Currency,<br>Defendant. | : |

**MOTION FOR EXTENSION OF TIME TO FILE**
**VERIFIED COMPLAINT OF FORFEITURE**

The United States of America, by and through Randall S. Galyon, Acting United States Attorney for the Middle District of North Carolina, and pursuant to 18 U.S.C. § 983(a)(3)(A), hereby respectfully moves the Court to extend, by approximately 90 days, the time within which to file a civil forfeiture complaint against the above-named property, seized on May 28, 2024, to and including May 8, 2025. The United States requests additional time for further investigation of the basis for forfeiture, and evaluation of the administrative claim.

Consent to the requested extension was given by attorney J. Michelle Sawyer, on behalf of Shamari Taylor, the only claimant in the administrative proceedings.

WHEREFORE, the United States of America respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-named property to and including May 8, 2025.

A proposed Order is attached.

WHEREFORE, the United States of America respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-named property, from February 7, 2025, to and including May 8, 2025.

This the 6th day of February, 2025.

Respectfully submitted,

RANDALL S. GALYON
Acting United States Attorney

/s/ Nathan L. Strup

Nathan L. Strup, Mo. Bar No. 60287
Assistant United States Attorney
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
(336) 333-5351/nathan.strup@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, the foregoing document was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

J. Michelle Sawyer
5540 McNeely Drive, STE 301
Raleigh, N.C. 27612
*Attorney for Shamari Taylor*

                                                  /s/ Nathan L. Strup
                                                  Nathan L. Strup
                                                  Assistant United States Attorney